**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| CITY OF PHILADELPHIA | : No. 282 EAL 2014 |
| | : |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| | : |
| CIVIL SERVICE COMMISSION,BLAIR | : |
| BIGGS, JONATHAN BRYANT,AND | : |
| MAURICE GRIFFIN, JR. | : |
| | : |
| | : |
| | : |
| PETITION OF: BLAIR BIGGS, | : |
| JONATHAN BRYANT AND MAURICE | : |
| GRIFFIN, JR. | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.